| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

```
JOHNATHON ROBERTS,              )    3:05-cr-00098-HDM-RAM
                                )    3:10-cv-00531-HDM
        Defendant-Petitioner,   )
                                )
vs.                             )    ORDER
                                )
UNITED STATES OF AMERICA,       )
                                )
        Plaintiff-Respondent.   )
_____ )
```

On December 10, 2010, this court granted the government a sixty (60) day extension in which to file a response to the defendant's 2255 motion. [Docket #391]  Subsequently, on January 4, 2011, the court granted the government's motion deeming the attorney-client privilege waived [Docket #389], but did not extend the government's time in which to respond to the defendant's 2255 motion. [Docket #394]  The court has not been advised whether the government received the documents requested in its motion deeming

1

the attorney-client privilege waived, nor has the government sought another extension of time to respond to the defendant's 2255 motion.  Accordingly, the government shall have thirty (30) days from the date of this order in which to notify the court whether it received the documents requested in its motion deeming the attorney-client privilege waived and whether it requires additional time to respond to the defendant's 2255 motion.

**IT IS SO ORDERED.**

DATED: This 22nd day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE