1
2
3
4
5
6
7
8
9
10
11                    **UNITED STATES DISTRICT COURT**
12                         **DISTRICT OF NEVADA**
13

14  JOHNATHON ROBERTS,              )   3:05-cr-00098-HDM-RAM
                                    )   3:10-cv-00531-HDM
15         Defendant-Petitioner,    )
                                    )
16  vs.                             )   ORDER GRANTING PETITIONER'S
                                    )   REQUEST FOR LEAVE TO FILE A
17  UNITED STATES OF AMERICA,       )   MOTION UNDER SEAL
                                    )
18         Plaintiff-Respondent.    )
    _____ )
19
        Before the court is the Defendant-Petitioner's request for
20
    leave to file a motion under seal [400].  The Defendant-
21
    Petitioner's request [400] is GRANTED.
22
        **IT IS SO ORDERED**.
23
        DATED: This 23rd day of March, 2011.
24
25                                  _____
26                                  UNITED STATES DISTRICT JUDGE
27
28

1