1
2
3
4
5
6
7
8
9
10
11
12

13 **UNITED STATES DISTRICT COURT**

14 **DISTRICT OF NEVADA**

15

| | | |
|---|---|---|
| 16 UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM |
| | ) | 3:10-cv-00531-HDM |
| 17     Plaintiff/Respondent, | ) | |
| | ) | |
| 18 vs. | ) | ORDER |
| | ) | |
| 19 JOHNATHON ROBERTS, | ) | |
| | ) | |
| 20     Defendant/Petitioner. | ) | |
| _____ | ) | |

21
     The defendant has filed a motion to vacate, set aside, or
22
correct sentence pursuant to 28 U.S.C. § 2255 (#377).  The court
23
will conduct an evidentiary hearing limited solely to the
24
defendant's claim that his counsel Marc Picker rendered ineffective
25
assistance of counsel by failing to file a motion to suppress
26
evidence obtained in the search of defendant's garbage can on
27
Wednesday, May 5, 2005.  The hearing will be conducted at 3:30
28

1

1  p.m., on Wednesday, January 25, 2012, in Courtroom 4 of the Bruce
2  R. Thompson Federal Courthouse.
3       IT IS SO ORDERED.
4       DATED: This 15th day of December, 2011.

                              _____
                              UNITED STATES DISTRICT JUDGE