1

2

3

4

5

6

7

8

9

10

11              **UNITED STATES DISTRICT COURT**

12                **DISTRICT OF NEVADA**

13

14  UNITED STATES OF AMERICA,        )        3:05-cr-00098-HDM
                                     )        3:10-cv-00531-HDM
15          Plaintiff/Respondent,    )
                                     )
16  vs.                              )        ORDER
                                     )
17  JOHNATHON ROBERTS,               )
                                     )
18          Defendant/Petitioner.    )
    _____)
19
            The defendant's motion to delay transport (#16) beyond the
20
    time granted by the court on April 3, 2012, is **DENIED.**  The court
21
    reserves ruling on the balance of the motion until the government
22
    has had an opportunity to respond.
23
            IT IS SO ORDERED.
24
            DATED: This 13th day of April, 2012.
25

26                              _Howard D M⁀Kibben_

27                              _____
                                UNITED STATES DISTRICT JUDGE
28