1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10

11   UNITED STATES OF AMERICA,        )        3:05-cr-00098-HDM
                                       )        3:10-cv-00531-HDM
12            Plaintiff/Respondent,    )
                                       )
13   vs.                               )        ORDER
                                       )
14   JOHNATHON ROBERTS,                )
                                       )
15            Defendant/Petitioner.    )
     _____)
16
         The defendant's "request for certain assistance and/or a court
17
     order enabling him to supplement his § 2255 as discussed on January
18
     26, 2012" (#434) was granted in part at the February 13, 2012,
19
     status conference in this matter.  As defendant has filed his
20
     request to supplement his petition with the court (*see* Doc. # 447),
21
     all remaining requests for assistance in filing such document
22
     (#434) are **DENIED AS MOOT.**
23
         IT IS SO ORDERED.
24
         DATED: This 30th day of April, 2012.
25

26                         *Howard D McKibben*

27                         _____
                           UNITED STATES DISTRICT JUDGE
28