1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11    UNITED STATES OF AMERICA,          )        3:05-cr-00098-HDM
                                         )        3:10-cv-00531-HDM
12              Plaintiff/Respondent,    )
                                         )
13    vs.                                )        ORDER
                                         )
14    JOHNATHON ROBERTS,                 )
                                         )
15              Defendant/Petitioner.    )
      _____)

16          The defendant's "request for certain assistance and/or a court

17    order enabling him to supplement his § 2255 as discussed on January

18    26, 2012" (#434) was granted in part at the February 13, 2012,

19    status conference in this matter.  As defendant has filed his

20    request to supplement his petition with the court (*see* Doc. # 447),

21    all remaining requests for assistance in filing such document

22    (#434) are **DENIED AS MOOT.**

23          IT IS SO ORDERED.

24          DATED: This 30th day of April, 2012.

25

26                              _Howard D M°Kibbin_

27                              _____
                                UNITED STATES DISTRICT JUDGE

28