# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-00098-HDM-RAM |
| | ) | 3:10-cv-00531-HDM |
| Plaintiff/Respondent, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOHNATHON ROBERTS, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |
| _____ | ) | |

Before the court is the defendant's motion to proceed in forma pauperis on appeal (#479). Federal Rule of Appellate Procedure 24(a) allows a "party who was . . . determined to be financially unable to obtain an adequate defense in a criminal case" to "proceed on appeal in forma pauperis without further authorization." After examining defendant's financial status, the court appointed counsel pursuant to Rule 8(c) of the Rules Governing Section 2255 Proceedings for purposes of the evidentiary hearing in this matter. In so doing, the court found the defendant

1

1  eligible for appointment of counsel under 18 U.S.C. § 3006A.
2  Accordingly, the defendant is entitled to proceed in forma pauperis
3  without further authorization.  Defendant's motion (#479) is
4  therefore **GRANTED**.
5       DATED: This 24th day of August, 2012.

                    _____
                    UNITED STATES DISTRICT JUDGE