1
2
3
4
5
6
7
8
9
10
11                    **UNITED STATES DISTRICT COURT**
12                         **DISTRICT OF NEVADA**
13
14 UNITED STATES OF AMERICA,        )    3:05-cr-00098-HDM-RAM
                                    )    3:10-cv-00531-HDM
15         Plaintiff/Respondent,    )
                                    )
16 vs.                              )    ORDER
                                    )
17 JOHNATHON ROBERTS,               )
                                    )
18         Defendant/Petitioner.    )
   _____  )
19
     Before the court is the defendant's motion to proceed in forma
20
pauperis on appeal (#479).  Federal Rule of Appellate Procedure
21
24(a) allows a "party who was . . . determined to be financially
22
unable to obtain an adequate defense in a criminal case" to
23
"proceed on appeal in forma pauperis without further
24
authorization."  After examining defendant's financial status, the
25
court appointed counsel pursuant to Rule 8(c) of the Rules
26
Governing Section 2255 Proceedings for purposes of the evidentiary
27
hearing in this matter.  In so doing, the court found the defendant
28

1

eligible for appointment of counsel under 18 U.S.C. § 3006A. Accordingly, the defendant is entitled to proceed in forma pauperis without further authorization.  Defendant's motion (#479) is therefore **GRANTED**.

DATED: This 24th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE