1

2

3

4

5

6

7

8

9

10

11               **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13

14   UNITED STATES OF AMERICA,        )        3:05-cr-00098-HDM-RAM
                                      )        3:10-cv-00531-HDM
15            Plaintiff/Respondent,   )
                                      )
16   vs.                             )        ORDER
                                      )
17   JOHNATHON ROBERTS,               )
                                      )
18            Defendant/Petitioner.   )
     _____ )
19
         The standard for issuance of a certificate of appealability
20
     calls for a "substantial showing of the denial of a constitutional
21
     right."  28 U.S.C. § 2253(c).  The Supreme Court has interpreted 28
22
     U.S.C. § 2253(c) as follows: "Where a district court has rejected
23
     the constitutional claims on the merits, the showing required to
24
     satisfy § 2253(c) is straightforward: The petitioner must
25
     demonstrate that reasonable jurists would find the district court's
26
     assessment of the constitutional claims debatable or wrong." *Slack*
27
     *v. McDaniel*, 529 U.S. 473, 484 (2000); *see also James v. Giles*, 221
28

                                      1

F.3d 1074, 1077-79 (9th Cir. 2000).  The Supreme Court further illuminated the standard for issuance of a certificate of appealability in *Miller-El v. Cockrell*, 537 U.S. 322 (2003).  The Court stated in that case:

> We do not require petitioner to prove, before the issuance of a COA, that some jurists would grant the petition for habeas corpus.  Indeed, a claim can be debatable even though every jurist of reason might agree, after the COA has been granted and the case has received full consideration, that petitioner will not prevail. As we stated in Slack, "[w]here a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: The petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."

*Miller-El*, 123 S.Ct. at 1040 (quoting *Slack*, 529 U.S. at 484).

The court has considered the issues raised by petitioner, with respect to whether they satisfy the standard for issuance of a certificate of appeal, and the court determines that none meet that standard.  The court therefore denies a certificate of appealability in this case.

DATED: This 28th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

2