```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            Reno, Nevada
```

UNITED STATES OF AMERICA,          3:05-cr-00098-HDM-RAM
                                   3:10-cv-00531-HDM
     Plaintiff/Respondent,
                                   MINUTE ORDER
  vs.
                                   August 28, 2012
JOHNATHON ROBERTS,

     Defendant/Petitioner.

_____/


PRESENT:
THE HONORABLE HOWARD D. MCKIBBEN, Senior U.S. District Judge

DEPUTY CLERK:_____    REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):       _____NONE APPEARING_____

COUNSEL FOR DEFENDANT(S):       _____NONE APPEARING_____

MINUTE ORDER IN CHAMBERS:

     A motion for an extension of time to file certificate of appealability documents (#476) has been filed in this case, but it appears that defendant intended the motion to be filed with the Court of Appeals. The clerk of the court is therefore directed to forward a copy of the defendant's motion (#476) to the Ninth Circuit Court of Appeals. To the extent defendant intended to seek an extension of time in this court, the motion is **DENIED**.

     It is so ordered.

                                              LANCE S. WILSON, CLERK


                                    By:  _____/s/_____
                                         Deputy Clerk